DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

6 MARCH 2014

| 532P13 | State v. Steven Glenn Bryan | 1. State's PDR Under N.C.G.S. § 7A-31 (COA13-520) | 1. Denied |
| | | 2. State's Alternative Petition for *Writ of Certiorari* to Review Order of COA (COA13-520) | 2. Denied |
| 535P13-2 | Jennifer Tyll and David Tyll v. Joey Berry | 1. Def's *Pro Se* Motion for NOA (COA13-1137) | 1. Dismissed *Ex Mero Motu* |
| | | 2. Def's *Pro Se* Motion for Discretionary Review | 2. Denied |
| | | 3. Def's *Pro Se* Motion to Accept Brief | 3. Denied |
| 550P13 | Avinash Thakorlal Bhathela v. Shawn Currie | Plt's PDR Under N.C.G.S. § 7A-31 (COA13-319) | Denied |
| 552P13 | In Re: Twin County Motorsports, Inc. | 1. State's Motion for Temporary Stay (COA13-21) | 1. Allowed **12/11/2013** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. Allowed |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. Allowed |
| 553P13 | In re: Jerry's Shell, LLC NCDMV Action No. 27867 | 1. State's Motion for Temporary Stay (COA13-223) | 1. Allowed **12/11/2013** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. Allowed |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. Allowed |
| 560P13 | State v. Zachary Russell Bowman | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA12-1565) | 1. Denied |
| | | 2. State's Motion to Deny Def's PDR | 2. Dismissed as Moot |
| 561P13 | In the Matter of: J.N.M. and A.M.M., Minor Children | Respondent-Mother's PDR Under N.C.G.S. § 7A-31 (COA13-567) | Denied |